IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Keith Alan Clark, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 0:13-00351-TLW |
| | ) | |
| Larry Cartledge, *Warden Perry* | ) | |
| *Correctional Inst.*, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER**

This matter is now before the Court on Motion for Extension filed by the <u>pro se</u> Petitioner, Keith Alan Clark ("Plaintiff"), on February 10, 2014.[1]  (Doc. #30).  In his motion, the Petitioner seeks an extension of time to file his objections to the Report and Recommendation entered in this matter on February 3, 2014.  (Doc. #28).

After careful consideration and for good cause shown, **IT IS ORDERED** that Petitioner's motion for extension of time (Doc. #30) be and hereby is **GRANTED.**  Accordingly, the deadline for Petitioner to file objections to the Report and Recommendation in the above-captioned matter is now **March 17, 2014**.

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u>
Terry L. Wooten
Chief United States District Judge

February, 19, 2014
Columbia, South Carolina

---

[1] Petitioner is entitled to the application of the mailbox rule set forth in <u>Houston v. Lack</u>, 487 U.S. 266, 276 (1988), which provides that a filing made by a prisoner is considered filed at the moment of delivery to prison authorities for forwarding to the District Court.  Accordingly, although the motion for extension of time was not filed by the Clerk until February 18, 2014, pursuant to <u>Houston v. Lack</u>, Petitioner's motion for extension of time is deemed to have been filed on February 10, 2014.  (<u>See</u> Doc. #30-1 at 1).