AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Keith Alan Clark, <br> *Petitioner* <br> v. <br> Larry Cartledge, Warden Perry Correctional Inst., <br> *Respondent* | ) <br> ) <br> )   Civil Action No.   0:13-cv-00351-BHH <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Summary judgment is hereby entered for the respondent, Larry Cartledge, Warden Perry Correctional Inst.  The petitioner, Keith Alan Clark, shall take nothing of the respondent as to the petition filed and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, grants the respondent's motion for summary judgment.

Date:  December 4, 2014                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/G. Mills

                                                                                          *Signature of Clerk or Deputy Clerk*